Date: 11/28/2025

The Honorable Matthew T. Schelp

United States District Judge

United States District Court, Eastern District of Missouri

111 S. 10th St.

St. Louis, MO 63102


RE: Character Letter - Sital Singh, ▮▮▮▮▮▮▮▮

Dear Judge Schelp,

My name is Harjinder Kaur and I am writing to you as a reference for the character of my husband, Sital Singh. My date of birth is ▮▮▮▮▮▮, and we reside together at 103 Des Moines Ct, Tinton Falls, NJ 07712. We have been married for 19 years and are raising our three children together. I am writing to you to offer a true and honest portrait of Sital, who is a dedicated husband and father to his three children. I respectfully ask you to consider the impacts that your decisions may have on our family.

Sital is the sole breadwinner for our family of five. He works extremely hard as a ride-share and personal driver for Uber and Lyft to provide for us. His income covers basic necessities such as housing, healthcare, and food for our children, ages 10, 13, and 18. Beyond our core family, Sital also financially supports my mother-in-law in India, who is a bed-ridden and paralyzed widow. His absence would go beyond the emotional turmoil as it would create an immediate financial crisis that would put our family's financial stability at risk. Our 18 year old is currently enrolled in college at Brookdale Community college, and the absence of Sital would put a halt on their education, potentially destroying their future.

Sital is an extremely loving and dedicated husband, father, and community member. While his job takes up most of his time, Sital is dedicated to helping those around him. Whenever we get the chance, we go to the gurdwara, where he volunteers, helping with tasks such as meal service. He is a strong pillar for our family and our community.

I am aware of the serious charges brought against him before your court. I believe that Sital was caught up with the wrong people at the wrong time, and he deeply regrets the choices he made. He has expressed remorse for what he was involved in and understands the gravity of his situation. He is committed to making it through this and setting a better example for his children, working hard through all the current problems we as a family face.

Your honor, I am not asking you to look past what he has done but please consider the impact his absence would have on our family. He has a good heart and a family desperately needs him. I respectfully implore you to consider a verdict that is lenient or a sentence that allows him to be present in his children's and community's lives.

Respectfully,

Harjinder Kaur

Harjinder Kaur

103 Des Moines Ct.

Tinton Falls, NJ 07712

732-322-1942

Matthew Mayers

Mgmayers609@gmail.com


Date: 12/15/2025

The Honorable Matthew T. Schelp

United States District Judge

United States District Court, Eastern District of Missouri

111 S. 10th St.

St. Louis, MO, 63102


RE: Character Letter- Sital Singh, ███████████


Honorable Judge Schelp,


I am writing regarding Sital Singh and his pressing legal proceedings. I became acquainted with Sital through his career as a professional driver and have known him for several years. Our relationship began as I needed a daily personal driver to take me to and from work. What started as a pure necessity, soon blossomed into a wonderful friendship. I grew to know Sital as a humble, dedicated, hardworking family man. There has never been a time that I could not rely on him to uphold his commitments. He is devoted not only in his promises to clients, but in his faith and doing right by others. I had the utmost pleasure of learning of his culture of giving and of his gratefulness to provide for his friends and family. He is quick to reach out at any time to check on the wellbeing of myself and my own family, whom have also come to trust him to be reliable and respectful in times of need. A simple phone call is enough for Sital to drop everything and be there for the needs of those he cares for. His character speaks for itself. He is a genuine, kindhearted individual and I am certainly proud to call him a friend. Sital's trustworthiness is unmatched and unwavering. I humbly ask that you reflect upon these statements and grant him the leniency and understanding that he has worked so hard to earn. Thank you for your attention to this matter.


Very sincerely and respectfully yours,


Matthew Mayers

Date: 11/18/2025

The Honorable Matthew T. Schelp
United States District Judge
United States District Court, Eastern District of Missouri
111 S. 10th Street
St. Louis, MO 63102

Dear Judge Schelp,

My name is Rahul Chadha, and I respectfully submit this letter as a character reference for Mr. Sital Singh, whom I know personally as a friend. I write to provide the Court with my observations of his character and to respectfully request consideration of the significant collateral consequences his family would face as a result of his absence.

Based on my longstanding acquaintance with Mr. Singh, I have consistently known him to be a hardworking, responsible, and family-oriented individual. He has been married to his wife, Harjinder Kaur, for approximately 19 years, and together they are raising three children, ages 10, 13, and 18, at their residence in Tinton Falls, NJ. His identity and daily efforts are centered on providing stability, guidance, and financial support for his family.

Mr. Singh is the sole financial provider for his household. He works extensive hours as an Uber driver to meet his family's basic needs, including housing, food, healthcare, and education. In addition to these responsibilities, he provides financial support to his mother in India, who is a widow and is bedridden and paralyzed. These obligations are significant, and he has always approached them with a strong sense of duty rather than complaint.

I am also aware that one of Mr. Singh's child is currently enrolled at Brookdale Community College. Any prolonged absence would jeopardize this child's education and impose lasting hardship on the entire family. From my perspective, Mr. Singh's presence is essential not only to his family's financial stability but also to their emotional well-being.

Beyond his family responsibilities, Mr. Singh has demonstrated a commitment to his community. When his work schedule permits, he volunteers at the Gurdwara, assisting with community meal service and related activities. His conduct in these settings reflects humility, respect for others, and a willingness to serve without expectation of recognition.

Mr. Singh has expressed genuine remorse for his actions and has acknowledged the gravity of his circumstances. In my interactions with him, it is evident that he understands the consequences of his conduct and is committed to personal accountability, rehabilitation, and living as a positive example for his children going forward.

Your Honor, I respectfully request that the Court consider Mr. Singh's overall character, his consistent work history, and the substantial impact that incarceration or prolonged absence would have on innocent family members who depend entirely on him. A sentence that allows

Mr. Singh to remain present and productive would serve not only his family, but also the broader interests of justice.

Thank you for your time and consideration.

Respectfully submitted,

Rahul Chadha

Date: 12/01/2025

## The Honorable Matthew T. Schelp

United States District Court, Eastern District of Missouri

111 S. 10th St.

St. Louis, MO 63102

Re: Character Reference for Mr. Sital Singh, █████████

Dear Judge Schelp,

I am writing to you with a sincere and heavy heart on behalf of my first cousin, Mr. Sital Singh, whom I have known intimately for more than 30 years. Our families have been connected not just by blood, but by a lifetime of shared experiences, struggles, and support. I appreciate the opportunity to share with you who Sital truly is beyond the moment that has brought him before your courtroom.

Sital has always been the kind of person others lean on—the quiet, dependable pillar in his family. As an Uber driver, he works tirelessly to support his wife and children. His responsibilities do not end there. Sital is also the sole emotional and financial support for his mother in India, who has been paralyzed for many years. Despite being thousands of miles away, he has never turned his back on her needs and continues to provide everything she depends on to survive. The weight he carries is tremendous, yet he shoulders it with humility and without complaint.

The situation before the Court is deeply out of character for the man I have known my entire life. Sital is not reckless, nor is he someone who seeks trouble. He is a gentle, caring, and devoted family man who made a mistake—one he genuinely regrets. I have seen the worry in his face, the fear of being separated from his children, and the guilt he carries knowing the impact this could have on his loved ones. I truly believe he has learned a profound lesson and that he wants nothing more than the chance to prove that he can continue living up to the responsibilities he takes so seriously.

Your Honor, Sital's family depends on him in the most literal sense. His children rely on his daily presence and support. His mother—paralyzed and completely vulnerable—relies on him for survival. Removing him from their lives would create suffering that would ripple far beyond just him. It would destabilize a family that is already doing everything they can to stay afloat.

With the utmost respect, I ask the Court to consider his lifelong character, his responsibilities, and the hardship his absence would inflict on those who cannot fend for themselves. I truly and sincerely hope you can show compassion and leniency, allowing Sital to remain with his family and continue being the provider, caretaker, and good man he has always been.

Thank you, Your Honor, for taking the time to read this and for considering my heartfelt request. I trust that, given the chance, Sital will demonstrate through his actions that he is worthy of the Court's mercy and trust.

Respectfully,

Satwinder Singh

109 Weston Dr

Swedesboro, NJ 08085

848-466-9353

Faithryders@yahoo.com

12-01-2025